[No. 20571-8-II.    Division Two.    April 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT ROBERT BAAR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00256-0, George L. Wood, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 21174-2-II.    Division Two.    April 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN R. KROPP, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00633-3, Karen B. Conoley, J., entered September 30, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 21363-0-II.    Division Two.    April 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL LEWIS RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00007-7, George L. Wood, J., entered November 8, 1996. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 21488-1-II.    Division Two.    April 10, 1998.]

EUGENE BRUNGARDT, ET AL., *Appellants*, v. CLARK COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-00699-1, Robert L. Harris, J., entered December 11, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.